IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY LYNN DENNY, SR., | ) |
| | ) |
| Petitioner, | ) Case No. 1:11-cv-144-SJM-SPB |
| | ) |
| v. | ) |
| | ) |
| COMMONWEALTH OF PA, *et al.* | ) |
| | ) |
| Respondents. | ) |

**MEMORANDUM ORDER**

The instant petition for writ of habeas corpus was received by the Clerk of Court on July 14, 2011 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Report and Recommendation, filed on November 9, 2012 [16], recommends that the instant petition for writ of habeas corpus be denied and a certificate of appealability be denied. The parties were allowed fourteen (14) days from the date of service in which to file objections. Service was made on Petitioner by certified mail at SCI-Cresson, where he is currently incarcerated, and on the Respondents. No objections to the Report and Recommendation have been filed to date.

After <u>de novo</u> review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 30th Day of November, 2012;

IT IS ORDERED that the instant petition for writ of habeas corpus shall be, and hereby is, DENIED.

Inasmuch as reasonable jurists would not find it debatable that (i) Plaintiff's claim of ineffectiveness of trial counsel premised upon counsel's failure to file a direct appeal is moot and (ii) Plaintiff's remaining claims fail to make a substantial showing of the denial of a constitutional right and are procedurally defaulted, IT IS FURTHER ORDERED that no certificate of appealability shall issue.

The Report and Recommendation of Magistrate Judge Baxter, filed on November 9, 2012 [16], is adopted as the opinion of the Court.

                                                      s/    Sean J. McLaughlin

                                                      SEAN J. McLAUGHLIN
                                                      United States District Judge

Cm:    All parties of record.
         U.S. Magistrate Judge Susan Paradise Baxter